UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY MANUEL,

                          Plaintiff,

              -against-                              21-CV-0438 (LLS)

DEBORAH A. CATLIN; DIEDRE                            CIVIL JUDGMENT
MERRIETT; DIANA NIEVES; ERIC G.
GUTWEIN,

                          Defendants.

        Pursuant to the order issued May 6, 2021, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise

supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    May 6, 2021
          New York, New York

                                        _____
                                              Louis L. Stanton
                                                  U.S.D.J.